UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALL USD TETHER HELD IN THE FOLLOWING CRYPTOCURRENCY ADDRESSES:

- TBJT9BP7cM5yYne9kTdf2HNu9mX1WpRQpt;
- TGuqbYqJ4m1J8dKWB3NVnsuXtgXCQkgdyf;
- TTc6TVtmRUpYR9fhZeixsNkJuCMRzFqfcb;
- TVmYFoST9AGCoxryWJCfMSa6wB2fzkqm2d;
- TSkqigdsdzjzZvAokFNfJBBfHU8HQ7CvAa;
- TBxCvqQiCQFJqJRc6GWdJhnwCZv4EDdVaV;
- TXW9gwHiB5fr6gCsQjkRErGxWGa9pyCCrz;
- TPVZt64P6tkAiVfZBuWdg2ycjPyYkxjxNX;
- TPDQC3qpjhAykg87exSVy7LxTcXUvndaxW; and
- TVrxXvMehX5rkFYYZ2gj3E1RLVMNst8TQH,

Defendants-*in-rem*.

**POST-COMPLAINT RESTRAINING ORDER PURSUANT TO 18 U.S.C. § 983(j)(1)**

26 Civ. 8010 (JPO)

WHEREAS, on September 14, 2026, the United States commenced this action, upon the filing of a verified complaint (the "Complaint"), seeking forfeiture of all USD Tether ("USDT") currently held in the above-captioned cryptocurrency addresses as of the date of the Complaint (the "Defendant Funds");

WHEREAS, the Complaint alleges that Defendant Funds are the proceeds of black market sales of Iranian crude oil or petroleum products to buyers in China, which were intended to finance Iranian military agencies, including the Islamic Revolutionary Guard Corps ("IRGC"), a designated foreign terrorist organization ("FTO");

WHEREAS, the verified Complaint alleges that the Defendants-*in-rem* should be forfeited to the United States, pursuant to Title 18, United States Code, Section 981 as (i) proceeds traceable to violations of the International Emergency Economic Powers Act ("IEPPA"), Title 50, United States Code, Section 1705 violations; (ii) property involved in money laundering; and/or (iii) property involved in a crime of terrorism;

WHEREAS, the Defendant Funds are subject to a seizure warrant that the Government has served on Tether Limited ("Tether");

WHEREAS, the seizure warrant was authorized by the Honorable Ona T. Wang, based on a finding that there is probable cause to believe that the Defendant Funds are subject to forfeiture to the United States;

WHEREAS, the Court finds that there is probable cause to believe that the Defendant Funds are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(A), and 981(a)(1)(G); and

WHEREAS, the United States has applied for a restraining order to secure, maintain, and preserve the availability of the Defendant Funds for civil forfeiture;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 18 U.S.C. § 983(j)(1)(A), THAT:

1. All persons or entities having actual knowledge of this Order shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause

to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the all USDT currently held in the following cryptocurrency addresses as of the date of this Order (collectively, the "Target Addresses"):

a. TBJT9BP7cM5yYne9kTdf2HNu9mX1WpRQpt;

b. TGuqbYqJ4m1J8dKWB3NVnsuXtgXCQkgdyf;

c. TTc6TVtmRUpYR9fhZeixsNkJuCMRzFqfcb;

d. TVmYFoST9AGCoxryWJCfMSa6wB2fzkqm2d;

e. TSkqigdsdzjzZvAokFNfJBBfHU8HQ7CvAa;

f. TBxCvqQiCQFJqJRc6GWdJhnwCZv4EDdVaV;

g. TXW9gwHiB5fr6gCsQjkRErGxWGa9pyCCrz;

h. TPVZt64P6tkAiVfZBuWdg2ycjPyYkxjxNX;

i. TPDQC3qpjhAykg87exSVy7LxTcXUvndaxW; and

j. TVrxXvMehX5rkFYYZ2gj3E1RLVMNst8TQH;

(all USDT currently held in a. – j., together, the "Defendants-*in-rem*"), except to allow Tether to effectuate the Government's seizure of the Defendants-*in-rem* pursuant to the seizure warrant described in the Complaint. *See* Complaint ¶¶ 3 – 4.

IT IS FURTHER ORDERED that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein;

IT IS FURTHER ORDERED any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorneys to clarify the scope of the Order: Assistant United States Attorney Christopher D. Brumwell, Telephone Number (212) 637-2477; Assistant United States Attorney Jane Y. Chong, Telephone Number (212) 637-2263;

Assistant United States Attorney David A. Markewitz, Telephone Number (212) 637-2260; and Assistant United States Attorney Juliana Murray, Telephone Number (212) 637-2214. Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon approval made in writing by Assistant United States Attorneys Brumwell, Chong, Markewitz, or Murray; and

IT IS FURTHER ORDERED that this Order shall remain in effect until further order of this Court.

SO ORDERED:

J. PAUL OETKEN
United States District Judge

October 21, 2026
DATE